**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | |
| **v.** | **Case No. 26-MC-00015-SEH** |
| **CESAR URIEL RODRIGUEZ MARTINEZ,** | |
| **Defendant.** | |

## OPINION AND ORDER

For the same reasons explained by United States Magistrate Judge Mark T. Steele in his order in Case No. 26-mj-521 filed at [ECF No. 13], the Court DENIES the motion currently before the Court titled Government's Appeal of Magistrate Court's Orders Dismissing the Complaint and Denying a Requested Stay [ECF No. 1].

As Judge Steele made clear in his order, the Federal Rules of Criminal Procedure provide a means and mechanism for the government to pursue its charge against the defendant.

DATED this 2nd day of July, 2026.

_Sara Hill_
Sara E. Hill
UNITED STATES DISTRICT JUDGE